## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. **Susan Pomraning** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Case No. 11-CV-00664-GKF-TLW** |
| | ) | |
| 1. **United States of America** | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S
### MOTION TO DISMISS

The Defendant filed a Motion to Dismiss because Plaintiff did not attach an affidavit to her complaint as required by 12 O.S. § 19. This was an oversight by Plaintiff's counsel. Plaintiff has corrected that oversight by filing an Amended Complaint pursuant to Fed. R. Civ. Pro. 15(a)(1)(B) and by attaching the required affidavit to the Amended Complaint.

Therefore, the Plaintiff moves the Court to deny the Defendant's Motion to Dismiss as being moot.

Respectfully submitted,

s/Anthony M. Laizure
Anthony M. Laizure   OBA 5170
LAIZURE & THETFORD, PLLC
P.O. Box 701110
Tulsa, Oklahoma  74170
(918) 749-0749
Facsimile: (918) 747-0751
Email: tlaizure@stipelawtulsa.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January, 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Wyn Dee Baker   wyndee.baker@usdoj.gov

  s/ Anthony M. Laizure
Anthony M. Laizure
