IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SUSAN POMRANING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11-CV-00664-GKF-TLW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**REPLY TO PLAINTIFF'S RESPONSE
TO DEFENDANT'S MOTION TO DISMISS**

Defendant United States of America, appearing by Thomas Scott Woodward, United States Attorney for the Northern District of Oklahoma, and through Wyn Dee Baker, Assistant United States Attorney, states that, in light of the fact that Plaintiff has filed her Amended Complaint [Dkt. # 8] to which she attached the affidavit required by 12 Okla. Stat. §19, the United States considers its motion to dismiss [Dkt. # 7] moot.

Respectfully submitted,

UNITED STATES OF AMERICA

THOMAS SCOTT WOODWARD
United States Attorney


/s/ Wyn Dee Baker
WYN DEE BAKER, OBA #465
Assistant United States Attorney
U.S. Attorney's Office NDOK
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119-1013
Telephone (918) 382-2700
Facsimile (918) 560-7939
wyndee.baker@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January18, 2012, I electronically transmitted the foregoing REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Anthony M. Laizure, tlaizure@stipelawtulsa.com
    Attorney for the Plaintiff


                                         /s/Carie McWilliams
                                         CARIE MCWILLIAMS
                                         Legal Assistant

WDB/csm