UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

SUSAN POMRANING,

    Plaintiff,

vs.                               Case Number: 11-CV-664-GKF-TLW

UNITED STATES OF AMERICA,

    Defendant.

## SETTLEMENT CONFERENCE REPORT

On 10/10/2012 a Settlement Conference was held in the captioned matter.

☒     The litigation was settled; within ten (10) days of the date hereof, the Plaintiff and Defendant shall file:

        --     a Stipulation of Dismissal
              OR
        --     a Journal Entry of Judgment.

☐     The litigation was not settled.

☐     Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2012.

DATED: 10/10/2012.

                                            Kevin T. Gassaway
                                            Adjunct Settlement Judge