**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. **Susan Pomraning** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>1. **United States of America** )<br>)<br>Defendant. ) | Case No. 11-CV-00664-GKF-TLW |

## STIPULATION OF DISMISSAL WITH PREDJUDICE

Plaintiff Susan Pomraning and Defendant United States of America, hereby voluntarily submit this Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

It is further agreed that each party will bear their respective costs and attorney fees incurred in the prosecution and defense of this matter.

**Stipulated to and Consented to by:**

s/Wyn Dee Baker                                   s/Anthony M. Laizure
Wyn Dee Baker   OBA#465                Anthony M. Laizure   OBA#5170
U.S. Attorney's Office NDOK              LAIZURE & THETFORD, PLLC
110 W. Seventh Street, Suite 300        P.O. Box 701110
Tulsa, Oklahoma   74119                   Tulsa, Oklahoma   74170
***ATTORNEY FOR DEFENDANT***      ***ATTORNEY FOR PLAINTIFF***